ONALEE BAKER, as Administratrix, etc., of CHARLES BAKER, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

WESTERN NEW YORK MILK PRODUCERS CO-OPERATIVE ASSOCIATION, INC., Respondent, v. ISADORE EISENSTEIN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

HENRY SCHAAF, Appellant, v. ROCHESTER TRUST & SAFE DEPOSIT COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

FIRST TRUST & DEPOSIT COMPANY, Appellant, v. MIDDLESEX MUTUAL FIRE INSURANCE COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

HELEN SYPOSS ALLEN, Appellant, v. HUNGARIAN MOTHER'S CLUB, INC., Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of a Petition of JOSEPH A. ALBRECHT, a Stockholder, to Review the Election of Directors of BETTINGER COAL AND COKE CORPORATION at the Annual Stockholders' Meeting Held January 16, 1940.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE PROSPERITY COMPANY, INC., Appellant, v. ROLLAND B. MARVIN, Mayor, and CLIFFORD GOES and Others, Constituting the Board of Assessors of the City of Syracuse, New York, and Others, Respondents.— Motion for reargument or to amend order entered March 21, 1940 [ante, p. 204], denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DWIGHT S. COREY, Appellant, v. WILLIAM HUNT, Esq., Warden of Attica State Prison, Attica, New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM BENDER, Appellant, v. JOSEPH H. BROPHY, Esq., Warden of Auburn State Prison, Auburn, N. Y., Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEPHEN I. MARKOV, Appellant, v. JOSEPH H. BROPHY, Esq., Warden of Auburn State Prison, Auburn, N. Y., Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.